## TOWN OF EUTAW V. DUNCAN.

(Decided June 17, 1913.)

APPEAL from Greene Circuit Court.

Heard before Hon. BERNARD HARWOOD.

McKINLEY, McQUEEN, HAWKINS & SNOW, for appellant. EVINS & JACK, for appellee.

Per curiam. Appeal dismissed.

---

## TOWN OF EUTAW V. HARRIS.

(Decided June 17, 1913.)

APPEAL from Greene Circuit Court.

Heard before Hon. BERNARD HARWOOD.

McKINLEY, McQUEEN, HAWKINS & SNOW, for appellant. EVINS & JACK, for appellee.

Per curiam. Appeal dismissed.

---

## TOWN OF EUTAW V. HOLLEY.

(Decided June 17, 1913.)

APPEAL from Greene Circuit Court.

Heard before Hon. BERNARD HARWOOD.

McKINLEY, McQUEEN, HAWKINS & SNOW, for appellant. EVINS & JACK, for appellee.

Per curiam. Appeal dismissed.